FILED
2022 MAR 3 PM 1:07
CLERK
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **Plaintiff,** | : | **ORDER** |
| | : | |
| **Eldin Romulo Zuniga-Zuniga** | : | **DOCKET NO. TO BE ASSIGNED** |
| **Defendant** | : | Case: 2:22−cr−00080 |
| | : | Assigned To : Barlow, David |

To facilitate alleged violations of supervised release along with adjudication of Case No. 2:22CR0070, already set before the Honorable David B. Barlow, U.S. District Judge.

It is hereby ordered that Case No. 4:18CR00866-001, transferred from the District of Arizona, be assigned to the Honorable David Barlow, U.S. District Judge.

DATED this ___3rd___ day of ___March___, 20_22_ .

BY THE COURT:

_____

Honorable Robert J. Shelby
Chief United States District Judge